Watson's Administrator et al. *v.* The State ex rel., &c.

Watson's Administrator *et al. v.* The State *ex rel.*, &c.

PRACTICE.—Where an action abates as to one of the defendants by his death, and his personal representative is substituted as a defendant, and appears to the action, no process against him is necessary.

APPEAL from the *Madison* Circuit Court.

WORDEN, J.—Action by the State on the relation of *Hardy*, and *Hardy* against *Watson* and his sureties on his official bond as sheriff of *Madison* county. Issue, trial by the Court, finding and judgment for the plaintiff.

The Court below overruled a demurrer to the complaint, to which ruling exception was taken. No objection to the complaint is here pointed out, and we discover none. The evidence is not in the record, the 30th rule not being complied with.

During the progress of the cause the death of *Watson* was suggested, and his administrator was made a party. It is objected that process was not served upon the administrator, and that he was not in Court, &c. If the administrator voluntarily appeared no process was necessary. That he did appear is stated by the record, which avers that the "parties" came, &c. What we have said disposes of all the questions arising upon the record.

*Per Curiam.*—The judgment below is affirmed with costs, to be levied of assets, &c.

*Davis & Sansberry*, for the appellants.

*W. R. Pierce, H. D. Thompson, R. N. Williams*, and *H. Craven*, for the appellee.